JOSEPH TAORMINA et al., Appellants, v. SALVATORE DI FRANCESCO et al., Respondents.

Christ, P. J., Rabin, Hopkins, Brennan and Benjamin, JJ., concur.